IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RICHARD BARNES,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D21-3089
LT Case No. 2014-CF-157

_____/

Decision filed January 31, 2023

3.850 Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Richard Barnes, Daytona Beach,
Pro se.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.